450 A.2d 194

Commonwealth v. Czarnecki, Appellant.

Submitted February 24, 1982. James A. Consoli, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is affirmed.